## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States Securities and Exchange Commission,

                Plaintiff,

                                      Civ. No. 11-3303 (RHK/JJK)
v.                                            **ORDER**

James N. Fry, *et al.*,

                Defendants.

      This matter is before the Court on the Motion of Defendants James N. Fry and Arrowhead Capital Management, LLC, to Enlarge the Time to Answer and for a Stay of Further Proceedings in this Action (Doc. No. 15).  The Court having reviewed the Motion and having concluded that the requested relief is appropriate, and Plaintiff having indicated it does not oppose the Motion (see Doc. No. 19), **IT IS ORDERED** that the Motion is **GRANTED**.  Pending further Order of the Court, this action is **STAYED** as to Defendants James N. Fry and Arrowhead Capital Management, LLC, including with respect to their obligations to respond to Complaint.

Date:  February 14, 2012                              s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge